MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff
Manuel Perreira

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:    (415) 856-7000
Facsimile:    (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PERREIRA, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, Inclusive,<br><br>　　　　　　Defendants. | No. 1:15-cv-01721-JAM-EFB<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:　　　　　Hon. John A. Mendez<br><br>Complaint Filed:　April 24, 2015 |

Plaintiff Manuel Perreira and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: March 8, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
    Michael Righetti
    Attorneys for Plaintiff
    Manuel Perreira

Dated: March 8, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP

By: /s/ Justin M. Scott
    Justin M. Scott
    Attorneys for Defendant
    Rite Aid Corporation

| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California  94104 |
| 4 | Telephone:  (415) 983-0900 |
| | Facsimile:  (415) 397-9005 |

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005

Attorneys for Plaintiff
Manuel Perreira

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:    (415) 856-7000
Facsimile:     (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PERREIRA, an individual, | No. 1:15-cv-01721-JAM-EFB |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | Judge:             Hon. John A. Mendez |
| RITE AID CORPORATION, and DOES 1 through 50, Inclusive, | Complaint Filed:  April 24, 2015 |
| Defendants. | |

1  Pursuant to the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side

3  to bear its own costs and attorneys' fees.

Dated: 3/9/2017

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge